# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

May 27, 2021

## LETTER ORDER

Re:     **MELENDEZ v. NIELSEN et al**
       **Civil Action No. 19-4830 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in the above-captioned matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1. Fact discovery shall be completed by **August 31, 2021.**

2. The Court will conduct a telephone status conference with the parties on **September 1, 2021 at 11:30 A.M.** Counsel for Plaintiff shall initiate the call.

3. Plaintiff shall provide Defendants with the Dropbox link by close of business **May 28, 2021.**

4. Plaintiff shall provide formal responses to Defendants' document requests by **June 4, 2021.**

IT IS SO ORDERED.

                                  __s/ James B. Clark, III__
                                  **JAMES B. CLARK, III**
                                  **United States Magistrate Judge**