**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

August 17, 2026

**LETTER ORDER**

**Re:** **Melendez v. Mullin, et al.**
**Civil Action No. 19-4830 (EP)**

Dear Counsel:

The Court will conduct a telephone status conference with the parties on **August 27, 2026 at 10:00 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**